| | |
|---|---|
| 1 | **JAMES F. LISOWSKI, SR.,** |
|   | **Panel Bankruptcy Trustee** |
| 2 | Nevada Bar No.: 4321 |
|   | P.O. Box 95695 |
| 3 | Las Vegas, NV 89193 |
|   | (702) 737-6111 |

RECEIVED AND FILED

JUL 7  3 23 PM '11

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

In re:                                    ) CASE NO.: BK-S-09-28376 BAM
**JOHN GONDINI**                          ) Chapter 7 -- Liquidation
**MICHELLE GONDINI**                      )
                                          )
                                          )
                                          )
**Address:**                              )
    **2821 RIVER RANCH PLACE**  )
    **NORTH LAS VEGAS, NV  89081** ) Hearing Date: N/A
                                          ) Hearing Time: N/A

TO: Clerk, United States Bankruptcy Court

FROM: James F. Lisowski, Sr., Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim No. | Creditor Name / Address | Dividend |
|---|---|---|
| 1 | DISCOVER BANK<br>DFS SERVICES LLC, PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | 55.82 |
| 2 | US DEPT OF EDUCATION<br>ACCT NO 5686113111, ATTN: BORROWERS SERVICE DEPT, PO BOX 5609<br>GREENVILLE, TX 75403 | 1,460.62 |
| 3 | US DEPT OF EDUCATION<br>ACCT NO 5686113111, ATTN: BORROWERS SERVICE DEPT, PO BOX 5609<br>GREENVILLE, TX 75403 | 522.91 |
| 4 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT, PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809 | 1,573.54 |

///
///
///
///
///
///
///

Receipt # 202734    $4044.53

| | | |
|---|---|---|
| 5 | RECOVERY MANAGEMENT SYSTEMS CORPORATION<br>FOR GE MONEY BANK, DBA SAM'S CLUB, DISCOVER, 25 SE<br>2ND AVE STE 1120<br>MIAMI, FL 33131 | 431.64 |

TOTAL:  $ __4,044.53__

Dated: 7/7/11

_____
James F. Lisowski, Sr., Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.